**JOAN M. AZRACK**
**UNITED STATES MAGISTRATE JUDGE**

TIME _____

DATE  _Nov 21, 2005_

DOCKET NO.  _CV-05-2128 (JBW)_        CASE   _BESS & CASE V. NYC_

_____ INITIAL CONFERENCE          _____ DISCOVERY CONFERENCE

_____ SETTLEMENT CONFERENCE       _____ OTHER/STATUS CONFERENCE

_____ FINAL/PRE-TRIAL CONFERENCE  _____ CONFERENCE BY TELEPHONE

MANDATORY DISCLOSURE DUE DATE _____   TIME 15__ 30__ 45__ 60__

FOR PLAINTIFF: _Anthony Jodite_ _Kathy Poling_    TELEPHONE # _____

FOR DEFENDANT: _Cheryl Bruzzese_    TELEPHONE # _____

FOR DEFENDANT: _____    TELEPHONE # _____

FOR DEFENDANT: _____    TELEPHONE # _____

FOR DEFENDANT: _____    TELEPHONE # _____

FOR DEFENDANT: _____    TELEPHONE # _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY

PLAINTIFF:_____    DEFENDANT:_____

THE FOLLOWING RULINGS WERE MADE:    PLEASE TYPE THE FOLLOWING ON THE
                                    DOCKET SHEET

_25K_

_Settled_

_close the case. So ordered_  _3/30/06_